

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                    SUPERIOR COURT

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 14-1093-E |
| | ) |
| CORINTHIAN COLLEGES, INC. and | ) |
| CORINTHIAN SCHOOLS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF COMMONWEALTH OF MASSACHUSETTS' MOTION
TO RECONSIDER INACTION ON SUMMARY JUDGMENT MOTION**

Plaintiff Commonwealth of Massachusetts respectfully moves this Court to reconsider its

inaction on *Plaintiff Commonwealth of Massachusetts' Motion for Summary Judgment* against

Defendants Corinthian Colleges, Inc. and Corinthian Schools, Inc. (collectively "Corinthian")

and to grant summary judgment to the Commonwealth.

The bases for this motion are:

1.  On April 3, 2014, the Commonwealth filed this action against Corinthian alleging that

    the school violated M.G.L. c. 93A by misleading prospective students about the

    school's job placement rates, transferability of credits, and other issues.  Corinthian

    appeared and filed an answer on May 9, 2014.  Subsequently, the parties served and

    responded to discovery requests.