UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| EDUCATION and ELISABETH DEVOS, in | ) |
| Her official capacity as Secretary of Education, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 19-12177-LTS

**DEFENDANTS' ASSENTED TO MOTION TO SUBSTITUTE
ECF NOS. 18, 18-1, AND 18-2 WITH A CORRECTED COPIES**

With the assent of Plaintiff's counsel, Defendants respectfully seek to replace the memorandum of law (ECF No. 18) and Exhibits 1 & 2 (ECF Nos. 18-1 and 18-2) that was filed on January 27, 2020, with corrected copies of the documents. After filing, defense counsel learned that the copies of a regulation that had been obtained from Westlaw were inaccurate. Defendants have changed the citations in the brief and obtained copies of the regulation from the official Code of Federal Regulations. The changes are minimal and not substantive.

Attached are 1) a corrected copy of ECF No. 18 (Ex. 1); 2) a corrected copy of ECF No. 18-1 (Ex. 2); and 3) a corrected copy of ECF No. 18-2 (Ex. 3).

Respectfully submitted,

Andrew E. Lelling
United States Attorney

By:     */s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3111
annapurrna.balakrishna@usdoj.gov

Dated: March 6, 2020