UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION and ELISABETH DEVOS, in )<br>Her official capacity as Secretary of Education, )<br>)<br>Defendants. )<br>) | Civil Action No. 19-12177-LTS |

## JOINT STATUS REPORT

On July 10, 2020, the Parties in the above-captioned case filed a Joint Status Report, agreeing that the Court's judgment in *Vara et al v. DeVos* ("Vara"), Civil Case No. 19-cv-12175-LTS, Doc. No. 58. ECF Dkt. No. 38, resolved the claims raised by the Commonwealth in the present action. Because Defendants were still reviewing the Vara decision and had not yet made a final decision regarding a possible appeal, the Parties jointly requested that the Court stay this matter until September 1, 2020. On July 13, 2020, the Court allowed the Parties' request and ordered the Parties to file an additional Joint Status Report on or before September 1, 2020.

On August 24, 2020, Defendants filed a notice of appeal in Vara. Accordingly, the Parties jointly request that the Court stay this matter pending dismissal or resolution of the Vara appeal. The Parties propose to submit a Joint Status Report addressing the effect of the Vara appeal on the present case within ten (10) days following dismissal or resolution of the Vara appeal.

Dated: August 31, 2020

                                                Respectfully submitted,

                                                FOR THE PLAINTIFF,
                                                COMMONWEALTH OF MASSACHUSETTS,

        MAURA HEALEY
        ATTORNEY GENERAL

By: */s/ Yael Shavit*
    Yael Shavit (BBO# 695333)
    Miranda Cover (BBO# 699058)
    Diana Hooley (BBO# 685418)
    Assistant Attorneys General
    Office of the Massachusetts Attorney General
    One Ashburton Place
    Boston, MA 02108
    (617) 963-2197 (Shavit)
    (617) 963-2986 (Cover)
    (617) 963-2198 (Hooley)
    Yael.Shavit@mass.gov
    Mercy.Cover@mass.gov
    Diana.Hooley@mass.gov

    FOR THE DEFENDANTS,
    UNITED STATES DEPARTMENT Of
    EDUCATION AND ELISABETH DEVOS,

    ANDREW E. LELLING,
    UNITED STATES ATTORNEY

By: */s/ Annapurna Balakrishna*
    Annapurna Balakrishna
    Assistant United States Attorneys
    United States Attorney's Office
    1 Courthouse Way - Suite 9200
    Boston, MA 02210
    (617) 748-3100
    Annapurrna.Balakrishna@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel for all parties of record through the ECF system on August 31, 2020.

/s/ Yael Shavit

Yael Shavit